EXHIBIT "A"

Int. Cls.: 9, 16 and 20

Prior U.S. Cls.: 2, 5, 13, 21, 22, 23, 25, 26, 29, 32, 36, 37, 38 and 50

Reg. No. 2,422,967

**United States Patent and Trademark Office**    Registered Jan. 23, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## ALL-IN-ONE

MARKETQUEST GROUP, INC. (CALIFORNIA CORPORATION)
8969 KENAMAR DR.
BLDG. 113
SAN DIEGO, CA 921212441

FOR: MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-4-1999; IN COMMERCE 1-4-1999.

FOR: WRITING INSTRUMENTS, NAMELY, PENS, PENCILS, MARKERS, HIGHLIGHTING MARKERS; PAPER CLIPS, BUMPER STICKERS; DRAWING AND DRAFTING RULERS; LETTER OPENERS; CALENDARS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-4-1999; IN COMMERCE 1-4-1999.

FOR: PLASTIC KEY TAGS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-4-1999; IN COMMERCE 1-4-1999.

SER. NO. 75-775,379, FILED 9-9-1999.

AMY THOMAS, EXAMINING ATTORNEY