EXHIBIT "B"

Int. Cls.: 9, 16 and 20

Prior U.S. Cls.: 2, 5, 13, 21, 22, 23, 25, 26, 29, 32, 36, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,426,417
Registered Feb. 6, 2001

## TRADEMARK
### PRINCIPAL REGISTER

### ALL-IN-ONE LINE

MARKETQUEST GROUP, INC (CALIFORNIA CORPORATION)
8969 KENMAMR DR.
BLDG 113
SAN DIEGO, CA 921212441

FOR: MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-4-1999; IN COMMERCE 1-4-1999.

FOR: WRITING INSTRUMENTS, NAMELY, PENS, PENCILS, MARKERS, HIGHLIGHTING MARKERS; PAPER CLIPS; BUMPER STICKERS; DRAWING AND DRAFTING RULERS; LETTER OPENERS; CALENDARS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-4-1999; IN COMMERCE 1-4-1999.

FOR: PLASTIC KEY TAGS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-4-1999; IN COMMERCE 1-4-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LINE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-780,025, FILED 9-13-1999.

AMY THOMAS, EXAMINING ATTORNEY