EXHIBIT "C"

Int. Cls.: 9, 16, 20 and 35

Prior U.S. Cls.: 2, 5, 13, 21, 22, 23, 25, 26, 29, 32, 36, 37, 38, 50, 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,153,089
Registered Oct. 10, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



MARKETQUEST GROUP (CALIFORNIA CORPORATION)
9600 KEARNY VILLA ROAD
SAN DIEGO, CA 92126

FOR: ELECTRONIC DEVICES, NAMELY, MAGNETS AND COMPUTER PERIPHERAL DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-4-1999; IN COMMERCE 1-4-1990.

FOR: WRITING INSTRUMENTS, NAMELY PENS, PENCILS, MARKERS, HIGHLIGHTING MARKERS; PAPER CLIPS, BUMPER STICKERS, DRAWING AND DRAFTING RULERS; LETTER OPENERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-4-1999; IN COMMERCE 1-4-1999.

FOR: PLASTIC KEY TAGS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-4-1999; IN COMMERCE 1-4-1999.

FOR: DISSEMINATION OF ADVERTISING MATTER, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-4-1999; IN COMMERCE 1-4-1999.

OWNER OF U.S. REG. NO. 2,426,417.

SER. NO. 78-594,550, FILED 3-24-2005.

KEVON CHISOLM, EXAMINING ATTORNEY