EXHIBIT "D"

Int. Cls.: 9, 16 and 20

Prior U.S. Cls.: 2, 5, 13, 21, 22, 23, 25, 26, 29, 32, 36, 37, 38 and 50

**Reg. No. 3,164,707**

## United States Patent and Trademark Office

Registered Oct. 31, 2006

### TRADEMARK
PRINCIPAL REGISTER

# The Write Choice

MARKETQUEST GROUP INC (CALIFORNIA CORPORATION)
9600 KEARNY VILLA ROAD
SAN DIEGO, CA 92126

FOR: MAGNETS; ELECTRONIC DEVICES, NAMELY, COMPUTER PERIPHERALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

FOR: WRITING INSTRUMENTS, NAMELY PENS, PENCILS, MARKERS, HIGHLIGHTING MARKERS; PAPER CLIPS, BUMPER STICKERS, DRAWING AND DRAFTING RULERS; LETTER OPENERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

FOR: PLASTIC KEY TAGS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 78-597,602, FILED 3-29-2005.

BRENDAN MCCAULEY, EXAMINING ATTORNEY