EXHIBIT "E"

# United States of America
## United States Patent and Trademark Office

# ALL-IN-ONE

**Reg. No. 3,718,333** MARKET QUEST GROUP, INC. (CALIFORNIA CORPORATION), DBA ALL-IN-ONE, INC.
Registered Dec. 1, 2009 9600 KEARNY VILLA ROAD
SAN DIEGO, CA 92126

**Int. Cl.: 40** FOR: CUSTOMIZED IMPRINTING OF EQUIPMENT, MERCHANDISE AND ACCESSORIES FOR BUSINESS PROMOTION, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

**SERVICE MARK** FIRST USE 7-31-2008; IN COMMERCE 7-31-2008.
**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 2,422,967, 2,426,417, AND 3,153,089.

THE MARK CONSISTS OF THE DESIGNATION "ALL-IN-ONE" WHEREIN THE LETTER "O" IN "ONE" IS STRUCTURED HAVING A NUMERAL "1" PARTIALLY ENCIRCLED BY AN INVERTED "C".

SER. NO. 77-728,977, FILED 5-5-2009.

NICHOLAS COLEMAN, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office