EXHIBIT "F"

Case 3:11-cv-00618-JLS -WMC Document 1-6 Filed 03/28/11 Page 2 of 2

Facebook | Welcome to PRWeb | BIC Graphic's Photos – Happy 30t...

facebook Search Home Profile Account

## BIC Graphic's Photos – Happy 30th Anniversary BIC Round Stic!

Photo 3 of 3 Back to Album · BIC Graphic's Photos · BIC Graphic's Profile

Previous Next

BIC ROUND STIC®
The WRITE Pen Choice for 30 years!
Always
3 DECADES of promotional DAY SERVICE
$.30
Classic style
Thank you for 30 great years!
30TH anniversary
BIC® ROUND STIC®

Check out this terrific C1 Promo!

Added January 9

From the album
Happy 30th Anniversary BIC Round Stic! by BIC Graphic

Share
Report This Photo
Download in High Resolution

Recommended Pages See All

Dr. House
Seth Cohen and 4 other friends like this.
Like

Bones
Norman Soroko likes this.
Like

Sponsored Create an Ad

Meet Promopet™
promopet You gotta' like us!
The first and only promotional products supplier focused on pet products. "Like us" to unleash the potential with our great selection.

American Marketing Association...
Like our page for free info on San Diego mixers, events, networking and more...
Like 200 people like this.

Love your cap supplier?
HEADWEAR Orlando
If not visit us at ASI Orlando Booth 3003, and see record sales for yourself in 2011.

IClick, Inc
You love our service, now like our page! Receive Facebook friend specials, early product releases, and fun office pics.
Like · 156 people like this.

Are you a Warrior?
warriordash.com
America's most insane run and festival is hitting SoCal. Conquer 3 miles, crazy obstacles and celebrate with beer and muddy shorts!

