EXHIBIT "G"

Case 3:11-cv-00618-JLS-WMc Document 1-7 Filed 03/28/11 Page 2 of 2

